B6F (Official Form 6F) (12/07)

In re  **Paul Lynn Cabble**  ,  Case No. **11-50959**
                Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Advantage Assets, II, Inc.<br>7322 Southwest Freeway<br>Suite 1600<br>Houston, TX 77074 | | - | | | | | 6,485.77 |
| Account No.<br><br>Ally<br>Payment processing Center<br>P.O. Box 78234<br>Phoenix, AZ 85062-8234 | | - | notice only | | | | 0.00 |
| Account No. xxxxxxxxxxxxx9822<br><br>American Express<br>P.O. Box 981535<br>El Paso, TX 79998 | | - | Opened 1/01/04 Last Active 11/01/06<br>CreditCard | | | | 0.00 |
| Account No. xxxxxxxxxxxxx7011<br><br>American Express<br>P.O. Box 981535<br>El Paso, TX 79998 | | - | Opened 1/01/04 Last Active 11/01/06<br>ChargeAccount | | | | 0.00 |

__8__ continuation sheets attached

Subtotal (Total of this page)  **6,485.77**

In re   **Paul Lynn Cabble**                                     ,        Case No.   **11-50959**
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Andrea Ducote Aymond**<br>**121 South Washington**<br>**Marksville, LA 71351** | | - | notice only | | | | 0.00 |
| Account No. **xxxxxxxxxxxx7872**<br><br>**Bank Of America**<br>**4060 Ogletown/Stanton Rd**<br>**Newark, DE 19713** | | - | Opened 6/01/07 Last Active 2/28/09<br>CreditCard | | | | 0.00 |
| Account No.<br><br>**Bureau Investment Group**<br>**Portfolio No. 15, LLC** | | - | | | | | 1,437.35 |
| Account No.<br><br>**Candica**<br>**C/O Weinstein & Riley**<br>**2001 Western Avenue**<br>**Suite 400**<br>**Seattle, WA 98121** | | - | | | | | 1,670.55 |
| Account No. **xxxxxxxxxxxx8226**<br><br>**Capital One, N.a.**<br>**Capital One Bank (USA) N.A.**<br>**Po Box 30285**<br>**Salt Lake City, UT 84130** | | - | Opened 2/01/08 Last Active 3/24/08<br>CreditCard | | | | 0.00 |

Sheet no. __1__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **3,107.90**

In re  **Paul Lynn Cabble**                ,                    Case No.  **11-50959**
                         Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx9901<br><br>Chase<br>Po Box 15298<br>Wilmington, DE 19850 | | - | Opened 5/01/07 Last Active 9/14/10<br>CreditCard | | | | 0.00 |
| Account No.<br><br>Chase Home Finance<br>P.O. Box 9001871<br>Louisville, KY 40290-1871 | | - | notice only | | | | 0.00 |
| Account No. xxxx4201<br><br>Child Support Enf/la<br>Po Box 94065<br>Baton Rouge, LA 70804 | | - | Opened 10/01/92 Last Active 10/01/03<br>FamilySupport | | | | 0.00 |
| Account No. xxxxx7933<br><br>Citgo Oil / Citibank<br>Attn: Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195 | | - | Opened 10/01/00 Last Active 3/20/03<br>CreditCard | | | | 0.00 |
| Account No. xxxx4475<br><br>Cottonport Bank<br>Po Box 9<br>Moreauville, LA 71355 | | - | Opened 1/01/07 Last Active 7/11/08<br>InstallmentSalesContract | | | | 0.00 |

Sheet no. **2** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Paul Lynn Cabble**, Case No. **11-50959**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1179** <br><br> **Cottonport Bank** <br> **Po Box 9** <br> **Moreauville, LA 71355** | - | | **Opened 2/01/03 Last Active 12/21/06** <br> **InstallmentSalesContract** | | | | 0.00 |
| Account No. **xxxx8660** <br><br> **Cottonport Bank** <br> **Po Box 9** <br> **Moreauville, LA 71355** | - | | **Opened 11/01/99 Last Active 7/01/03** <br> **InstallmentSalesContract** | | | | 0.00 |
| Account No. <br><br> **Frederick Butterfield** <br> **605 Nicholson Avenue** <br> **Waveland, TX, TX 79576** | - | | | | | | 0.00 |
| Account No. **xxxxxxx9323** <br><br> **Hancock Bank Of La** | - | | **Opened 8/01/02 Last Active 4/01/03** <br> **Unsecured** | | | | 0.00 |
| Account No. **xxxxxxx6238** <br><br> **Hancock Bank Of La** | - | | **Opened 8/01/00 Last Active 7/01/02** <br> **Unsecured** | | | | 0.00 |

Sheet no. **3** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 0.00

In re **Paul Lynn Cabble**, Case No. **11-50959**
            Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx4536<br><br>Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197 | | - | Opened 11/12/07 Last Active 3/25/08<br>CreditCard | | | | 0.00 |
| Account No. xxxxxxxxxxxx1863<br><br>Hsbc Bank<br>Attn: Bankruptcy<br>Po Box 5895<br>Carol Stream, IL 60197 | | - | Opened 7/01/02 Last Active 8/01/03<br>CreditCard | | | | 0.00 |
| Account No. xxxxxxxxxxxx0094<br><br>Hsbc Bank<br>Attn: Bankruptcy<br>Po Box 5895<br>Carol Stream, IL 60197 | | - | Opened 12/03/05 Last Active 3/25/08<br>CreditCard | | | | 0.00 |
| Account No. xxxxxxxxxxxx1951<br><br>Hsbc Nv<br>Hsbc<br>Po Box 5895<br>Carol Stream, IL 60197 | | - | Opened 12/07/05 Last Active 3/25/08<br>CreditCard | | | | 0.00 |
| Account No. xxxxxxxxxxxxx3761<br><br>Litton Loan Servicing<br>4828 Loop Central Dr<br>Houston, TX 77081 | | - | Opened 12/18/06 Last Active 10/04/07<br>ConventionalRealEstateMortgage | | | | 0.00 |

Sheet no. **4** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Paul Lynn Cabble** , Case No. **11-50959**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx8306**<br><br>**Ltd Financial Svcs Lp**<br>**7322 Southwest Fwy Ste 1**<br>**Houston, TX 77074** | | - | **Opened 8/01/09**<br>**CollectionAttorney Advantage Assets Ii Inc.** | | | | 0.00 |
| Account No. **xxxxxxxx2257**<br><br>**Mortgage Lenders Network**<br>**Filed Chapter 11    2007** | | - | **Opened 10/31/06  Last Active 3/07/07**<br>**ConventionalRealEstateMortgage** | | | | 0.00 |
| Account No. **xxx9051**<br><br>**New Century Mortgage C**<br>**Us Department Of Education**<br>**Po Box 5609**<br>**Greenville, TX 75403** | | - | **Opened 5/01/04  Last Active 9/01/04**<br>**ConventionalRealEstateMortgage** | | | | 0.00 |
| Account No.<br><br>**OCWEN**<br>**P.O. Box 6440**<br>**Carol Stream, IL 60197-6440** | | - | **notice only** | | | | 0.00 |
| Account No. **xxxxxxxx9236**<br><br>**Quantum Servicing Corp**<br>**1 Corporate Dr Ste 360**<br>**Lake Zurich, IL 60047** | | - | **Opened 10/31/06  Last Active 7/06/07**<br>**ConventionalRealEstateMortgage** | | | | 0.00 |

Sheet no. **5** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 0.00

In re **Paul Lynn Cabble**, Case No. **11-50959**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2911** <br><br> **Romco/lafayette Motors** | | - | Opened 12/01/97 Last Active 11/01/01 <br> Lease | | | | 0.00 |
| Account No. **xxxxxxx3899** <br><br> **Sabine State Bank & Tr** | | - | Opened 4/01/03 Last Active 10/14/05 <br> Automobile | | | | 0.00 |
| Account No. **xxx1042** <br><br> **Sabine State Bank & Tr** <br> **Po Box 3235** <br> **Baton Rouge, LA 70821** | | - | Opened 6/01/02 Last Active 5/01/04 <br> Agriculture | | | | 0.00 |
| Account No. **xxxx0529** <br><br> **Sabine State Bank & Tr** <br> **297 Elizabeth St** <br> **Many, LA 71449** | | - | Opened 5/01/07 Last Active 2/13/09 <br> Unsecured | | | | 0.00 |
| Account No. **xxxxxx3312** <br><br> **Saxon Mortgage Service** <br> **Po Box 161489** <br> **Fort Worth, TX 76161** | | - | Opened 12/13/06 Last Active 10/30/09 <br> ConventionalRealEstateMortgage | | | | 0.00 |

Sheet no. **6** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   0.00

In re **Paul Lynn Cabble**, Case No. **11-50959**
  Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **St. Landry Parish Sheriff** <br> **P.O. Box 390** <br> **Opelousas, LA 70570** | | - | **notice only** | | | | 0.00 |
| Account No. **xxxxx7562** <br><br> **The Bureaus Inc** <br> **1717 Central St** <br> **Evanston, IL 60201** | | - | **Opened 10/01/10** <br> **CollectionAttorney Metris** | | | | 0.00 |
| Account No. **xxxxx3360** <br><br> **The Union Bank** <br> **305 N Main St** <br> **Marksville, LA 71351** | | - | **Opened 5/01/03 Last Active 11/01/04** <br> **Automobile** | | | | 0.00 |
| Account No. **xxxxx5560** <br><br> **The Union Bank** <br> **305 N Main St** <br> **Marksville, LA 71351** | | - | **Opened 6/01/02 Last Active 1/01/03** <br> **Unsecured** | | | | 0.00 |
| Account No. **xxxxx2860** <br><br> **Union Bank** <br> **305 N Main St** <br> **Marksville, LA 71351** | | - | **Opened 4/25/07 Last Active 9/04/07** <br> **RealEstateSpecificTypeUnknown** | | | | 0.00 |

Sheet no. **7** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul Lynn Cabble**,  Case No. **11-50959**
                  Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3068**<br><br>**Wilshire Credit Corp**<br>**Attention: Bankruptcy Department**<br>**Po Box 5170**<br>**Simi Valley, CA 93062** | | - | **Opened 10/31/06  Last Active  9/02/08**<br>**ConventionalRealEstateMortgage** | | | | 0.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **8** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **0.00**

Total (Report on Summary of Schedules)  **9,593.67**

Advantage Assets, II, Inc.
7322 Southwest Freeway
Suite 1600
Houston, TX 77074


Ally
Payment processing Center
P.O. Box 78234
Phoenix, AZ 85062-8234


Ally Financial
P O Box 380901
Bloomington, MN 55438


American Express
P.O. Box 981535
El Paso, TX 79998


Andrea Ducote Aymond
121 South Washington
Marksville, LA 71351


Bank Of America
4060 Ogletown/Stanton Rd
Newark, DE 19713


Bureau Investment Group
Portfolio No. 15, LLC


Candica
C/O Weinstein & Riley
2001 Western Avenue
Suite 400
Seattle, WA 98121


Capital One, N.a.
Capital One Bank (USA) N.A.
Po Box 30285
Salt Lake City, UT 84130

Carrington Mortgage Se
1610 E Saint Andrew Pl
Santa Ana, CA 92705



Chase
Po Box 15298
Wilmington, DE 19850



Chase Home Finance
P.O. Box 9001871
Louisville, KY 40290-1871



Chase Manhattan Mortgage
Chase Card Services
Po Box 15298
Wilmington, DE 19850



Child Support Enf/la
Po Box 94065
Baton Rouge, LA 70804



Child Support Enforcement / La
P.O. Box 94065
Baton Rouge, LA 70804-9065



Citgo Oil / Citibank
Attn: Bankruptcy
Po Box 20507
Kansas City, MO 64195



City Ntl Bk
Attn: Bankruptcy
Po Box 785057
Orlando, FL 32878



Cottonport Bank
Po Box 9
Moreauville, LA 71355

Frederick Butterfield
605 Nicholson Avenue
Waveland, TX, TX 79576


Hancock Bank Of La


Hsbc Bank
Po Box 5253
Carol Stream, IL 60197


Hsbc Bank
Attn: Bankruptcy
Po Box 5895
Carol Stream, IL 60197


Hsbc Nv
Hsbc
Po Box 5895
Carol Stream, IL 60197


Litton Loan Servicing
4828 Loop Central Dr
Houston, TX 77081


Ltd Financial Svcs Lp
7322 Southwest Fwy Ste 1
Houston, TX 77074


Mortgage Lenders Network
Filed Chapter 11    2007


New Century Mortgage C
Us Department Of Education
Po Box 5609
Greenville, TX 75403

OCWEN
P.O. Box 6440
Carol Stream, IL 60197-6440


Quantum Servicing Corp
1 Corporate Dr Ste 360
Lake Zurich, IL 60047


Romco/lafayette Motors


Sabine State Bank & Tr


Sabine State Bank & Tr
Po Box 3235
Baton Rouge, LA 70821


Sabine State Bank & Tr
297 Elizabeth St
Many, LA 71449


Saxon Mortgage Service
Po Box 161489
Fort Worth, TX 76161


St. Landry Parish Sheriff
P.O. Box 390
Opelousas, LA 70570


State of Louisiana
Department of Revenue
P.O. Box 201
Baton Rouge, LA 70821

The Bureaus Inc
1717 Central St
Evanston, IL 60201


The Union Bank
305 N Main St
Marksville, LA 71351


Trustmark
P.O. Box 291
Jackson, MS 39205-0291


Union Bank
305 N Main St
Marksville, LA 71351


Wilshire Credit Corp
Attention: Bankruptcy Department
Po Box 5170
Simi Valley, CA 93062